CATHARINE CARMODY, as Administratrix of JOHN CARMODY, Deceased, Appellant, *v.* FITCHBURG RAILROAD COMPANY, Respondent.

(Submitted June 17, 1901; decided July 10, 1901.)

Motion for reargument denied, with ten dollars costs. (See 167 N. Y. 529.)

---

WENDELL J. CURTIS, as Assignee for the Benefit of Creditors of SIDNEY B. ROBY, Respondent, *v.* HENRY C. ALBEE, Appellant.

(Submitted June 17, 1901; decided July 10, 1901.)

Motion for reargument denied, with ten dollars costs. (See 167 N. Y. 360.)

---

LOUIS C. RAEGENER, as Receiver of the EQUITABLE MUTUAL FIRE INSURANCE CORPORATION OF NEW YORK, Respondent, *v.* NORMAN HUBBARD, JR., Appellant.

(Submitted June 17, 1901; decided July 10, 1901.)

Motion for reargument denied, with ten dollars costs. (See 167 N. Y. 301.)